# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SIMEON PITTMAN, | 1:18-cv-01316-DAD-GSA-PC |
| Plaintiff, | **ORDER RESPONDING TO PLAINTIFF'S REQUEST** |
| v. | **(ECF No. 28.)** |
| DR. KAMEN, et al., | **ORDER DIRECTING CLERK TO SEND PLAINTIFF A CONSENT/DECLINE FORM** |
| Defendants. | |

Edward Simeon Pittman ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's First Amended Complaint, filed on November 8, 2019, on Plaintiff's Eighth Amendment medical indifference claim against defendant Kamen; and Plaintiff's First Amendment retaliation claims against defendants Kamen and Hickman. (ECF No. 14.)

On May 12, 2021, Plaintiff filed a request to consent to the jurisdiction of a Magistrate Judge in this case. (ECF No. 28.) To that end the court shall direct the Clerk to send Plaintiff a consent/decline form so he can state whether he consents to or declines the jurisdiction of a Magistrate Judge. To do so, Plaintiff needs to complete the form and return it to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. This order resolves Plaintiff's request filed on May 12, 2021;

2. The Clerk is directed to send Plaintiff a consent/decline form; and

3. Plaintiff shall indicate whether he consents to or declines the jurisdiction of a Magistrate Judge and shall return the form to the court.

IT IS SO ORDERED.

Dated: **May 13, 2021**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE