UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SIMEON PITTMAN,<br><br>             Plaintiff,<br><br>        v.<br><br>DR. KAMEN, et al.,<br><br>             Defendants. | 1:18-cv-01316-DAD-GSA-PC<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION TO DISMISS CASE, WITH PREJUDICE, UNDER RULE 41**<br>**(ECF No. 47.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

Edward Simeon Pittman ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

This case now proceeds with Plaintiff's First Amended Complaint, filed on November 8, 2019, with Plaintiff's Eighth Amendment medical indifference claim against defendant Kamen; and Plaintiff's First Amendment retaliation claims against defendants Kamen and Hitchman[1] ("Defendants").  (ECF No. 14.)

---

[1] Sued as Hickman.  See ECF No. 22 at 2 fn.1 for notice of correct spelling.

1

On September 27, 2021, a stipulation for voluntary dismissal with prejudice was filed with the Court containing the signatures of Plaintiff and Counsel for Defendants Kamen and Hitchman. (ECF No. 47.) The stipulation states that Plaintiff Edward S. Pittman and Defendants Kamen and Hitchman have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on September 27, 2021 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case is dismissed with prejudice. The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case is DISMISSED WITH PREJUDICE under Rule 41; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 29, 2021**          **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE